NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FIRAS ABDUL RAZZAQ AL-QAISI,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5079

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-684, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Firas Abdul Razzaq Al-Qaisi moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 5 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Firas Abdul Razzaq Al-Qaisi
     Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 5 2012

JAN HORBALY
CLERK